**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Capitol Park Limited Dividend Housing Association,** | ) ) ) | **CASE NO. 1:04 CV 1408** |
| Plaintiff, | ) ) | **JUDGE PATRICIA A. GAUGHAN** |
| vs. | ) ) | |
| **Alphonso Jackson, Secretary U.S. Department of Housing, et al.,** | ) ) ) | **Judgment Entry** |
| Defendants. | ) | |

This Court, having GRANTED the Federal Defendant's Motion for Summary Judgment (Doc. 38) and the Motion for Summary Judgment on Behalf of Millennia Housing Management (Doc. 27), hereby enters judgment in favor of defendants and against plaintiff.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 8/11/05

1